District Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GOLNOOSH NASSIRIAN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>Defendants. | No. 2:23-cv-1659-MJP<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER<br><br>Noted for Consideration on:<br>January 4, 2024 |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings for 30 days. Plaintiff brings this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. State Department to adjudicate his beneficiary father's request for an immigrant visa. Currently, the immigrant visa request remains refused pursuant to section 221(g) of the Immigration and Nationality Act for administrative processing, which remains ongoing. Defendants' response to the Complaint is currently due on January 8, 2024. For good cause, the parties request that the Court hold this case in abeyance until February 7, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION     - 1
2:23-cv-1659-MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. The State Department continues to administratively process of the beneficiary's immigrant visa application. The U.S. Embassy in Ankara, Turkey recently received an updated medical examination report for the beneficiary. The beneficiary intends to provide his passport to the Embassy shortly. Once received, the consular officer may reconsider the immigrant visa application.

A stay would conserve both the parties' and judicial resources on a case that may become moot. Accordingly, the parties respectfully request that the instant action be stayed until February 7, 2024. The parties will submit a joint status report on or before February 7, 2024.

Dated: January 4, 2024                    Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

 *s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

**I certify that this memorandum contains 501 words, in compliance with the Local Civil Rules.**

*s/Nicholas Power*
NICHOLAS POWER, WSBA# 45972
Law Office of Nicholas Power
5040 Guard, Ste. 150
Friday Harbor, Washington 98250
Phone: 360-298-0464
Email: nickedpower@gmail.com

STIPULATED MOTION - 2
2:23-cv-1659-MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3       *s/James O. Hacking, III*
        JAMES O. HACKING, III*
4       Hacking Immigration Law, LLC
        10121 Manchester Rd., Ste. A
5       St. Louis, Missouri 63122
        Phone: 314-961-8200
6       Email:  jim@hackingimmigrationlaw.com
        *PHV
7       *Attorneys for Plaintiff*
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

STIPULATED MOTION        - 3                          UNITED STATES ATTORNEY
2:23-cv-1659-MJP                                    700 STEWART STREET, SUITE 5220
                                                    SEATTLE, WASHINGTON 98101
                                                          (206) 553-7970

**ORDER**

The case is held in abeyance until February 7, 2024. The parties shall submit a joint status report on or before February 7, 2024. It is so **ORDERED**.

DATED this 5th day of January, 2024.

_____
MARSHA J. PECHMAN
United States District Judge

STIPULATED MOTION    - 4
2:23-cv-1659-MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970